# ALMAC

Almac Clinical Services, LLC
25 Fretz Rd
Souderton, PA 18964

**Pay Statement**
Period Start Date 06/18/2018
Period End Date 07/01/2018
Pay Date 07/06/2018
Document 88829
Net Pay $1,500.61

## Pay Details

| | | | |
|---|---|---|---|
| Linda Acord | Employee Number 100073 | Pay Group Bi-Wkly Non-Ex-38.33-CS | Federal Income Tax  S 0 |
| 105 Merlin Rd | SSN XXX-XX-XXXX | Location Souderton, PA | PA State Income Tax (Residence) S 0 |
| Phoenixville, PA 19460-2016 | Job Prod Coord, Grade 2 | Division 200 - CS Manufacturing | PA State Income Tax (Work) S 0 |
| USA | Pay Rate $23.7800 | GL Location CSSO - CS-Souderton | |
| | Pay Frequency Biweekly | Department 101 - Operations | |
| | | Trn Ovr Dpt OPS - Operations-Souderton | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Double Time | 5.0700 | $47.5600 | $241.13 | $1,863.40 |
| Float Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $546.95 |
| Group Term Life | | | $8.93 | $125.02 |
| Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $547.17 |
| Inclmnt Weather-Hourly | 0.0000 | $0.0000 | $0.00 | $182.39 |
| Overtime 1.5 | 7.1100 | $35.6700 | $253.61 | $1,334.74 |
| PTO-Hourly | 7.6700 | $23.7800 | $182.39 | |
| PTO-Hourly | 23.0100 | $23.7800 | $547.18 | $2,461.95 |
| Regular-Hourly | 30.6300 | $23.7800 | $728.38 | |
| Regular-Hourly | 15.3200 | $23.7800 | $364.31 | $20,827.26 |

Total Hours 88.8100

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K Loan | $0.00 | No | $0.00 | $668.95 | $0.00 | $0.00 |
| 401K W/Catch Up | $2,317.00 | Yes | $139.02 | $1,665.83 | $0.00 | $0.00 |
| Dental Benefit | $2.18 | Yes | $2.18 | $29.48 | $11.82 | $166.52 |
| GTL offset earn | $8.93 | No | $8.93 | $125.02 | $0.00 | $0.00 |
| Medical Benefit | $52.96 | Yes | $52.96 | $714.92 | $296.48 | $4,042.95 |
| Medical FSA | $96.15 | Yes | $96.15 | $1,346.10 | $0.00 | $0.00 |
| Vision Benefit | $3.65 | Yes | $3.65 | $51.10 | $0.00 | $0.00 |
| 401K/ROTH MATCH | $0.00 | No | $0.00 | $0.00 | $69.51 | $832.90 |
| AD&D-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $0.70 | $9.80 |
| Critical Illnes | $0.00 | No | $0.00 | $0.00 | $2.01 | $28.14 |
| Life-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $3.95 | $55.30 |
| LTD-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $6.02 | $117.43 |
| STD-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $9.09 | $137.66 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $2,031.97 | $259.55 | $2,890.11 |
| Employee Medicare | $2,170.99 | $31.48 | $373.34 |
| Social Security Employee Tax | $2,170.99 | $134.60 | $1,596.33 |
| PA State Income Tax | $2,162.06 | $66.38 | $786.69 |
| LOWER SALFORD | $2,162.06 | $27.03 | $320.30 |
| LOWER SALFORD EMP | $2,162.06 | $2.00 | $28.00 |
| | $2,317.00 | $1.39 | $16.66 |

## Paid Time Off

| | | | Net Pay Distribution | |
|---|---|---|---|---|
| Float Holiday | 0.8845 | -10.6170 | 0.0000 Total | |
| Paid Time Off | 7.3716 | 3.5011 | 3.5011 | |

## Pay Summary

| Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| | | | | $1,500.61 |

# ALMAC

Almac Clinical Services, LLC
25 Fretz Rd
Souderton, PA 18964

**Pay Statement**
Period Start Date 07/02/2018
Period End Date 07/15/2018
Pay Date 07/20/2018
Document 90588
Net Pay $1,170.67

## Pay Details

| | | | |
|---|---|---|---|
| Linda Acord | Employee Number 100073 | Pay Group Bi-Wkly Non-Ex-38.33-CS | Federal Income Tax  S 0 |
| 105 Merlin Rd | SSN XXX-XX-XXXX | Location Souderton, PA | PA State Income Tax (Residence) S 0 |
| Phoenixville, PA 19460-2016 | Job Prod Coord, Grade 2 | Division 200 - CS Manufacturing | PA State Income Tax (Work) S 0 |
| USA | Pay Rate $23.7800 | GL Location CSSO - CS-Souderton | |
| | Pay Frequency Biweekly | Department 101 - Operations | |
| | | Trn Ovr Dpt OPS - Operations-Souderton | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Double Time | 0.0000 | $0.0000 | $0.00 | $1,863.40 |
| Float Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $546.95 |
| Group Term Life | | | $8.93 | $133.95 |
| Holiday-Hourly | 7.6700 | $23.7800 | $182.39 | $729.56 |
| Inclmnt Weather-Hourly | 0.0000 | $0.0000 | $0.00 | $182.39 |
| Overtime 1.5 | 0.0000 | $0.0000 | $0.00 | $1,334.74 |
| PTO-Hourly | 38.3500 | $23.7800 | $911.96 | $3,373.91 |
| Regular-Hourly | 29.4000 | $23.7800 | $699.13 | $21,526.39 |
| Unpaid Time-Off | 1.3000 | $0.0000 | $0.00 | $0.00 |

Total Hours 75.4200

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K Loan | $0.00 | No | $0.00 | $668.95 | $0.00 | $0.00 |
| 401K W/Catch Up | $1,793.48 | Yes | $107.61 | $1,773.44 | $0.00 | $0.00 |
| Dental Benefit | $2.18 | Yes | $2.18 | $31.66 | $11.82 | $178.34 |
| GTL offset earn | $8.93 | No | $8.93 | $133.95 | $0.00 | $0.00 |
| Medical Benefit | $52.96 | Yes | $52.96 | $767.88 | $296.48 | $4,339.43 |
| Medical FSA | $96.15 | Yes | $96.15 | $1,442.25 | $0.00 | $0.00 |
| Vision Benefit | $3.65 | Yes | $3.65 | $54.75 | $0.00 | $0.00 |
| 401K/ROTH MATCH | $0.00 | No | $0.00 | $0.00 | $53.80 | $886.70 |
| AD&D-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $0.70 | $10.50 |
| Critical Illnes | $0.00 | No | $0.00 | $0.00 | $2.01 | $30.15 |
| Life-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $3.95 | $59.25 |
| LTD-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $6.02 | $123.45 |
| STD-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $9.09 | $146.75 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,539.86 | $160.38 | $3,050.49 |
| Employee Medicare | $1,647.47 | $23.88 | $397.22 |
| Social Security Employee Tax | $1,647.47 | $102.14 | $1,698.47 |
| PA State Income Tax | $1,638.54 | $50.30 | $936.89 |
| LOWER SALFORD | $1,638.54 | $20.48 | $340.78 |
| LOWER SALFORD TWP | $1,638.54 | $2.00 | $30.00 |
| PA Unemployment Employee | $1,793.48 | $1.08 | $17.74 |

## Paid Time Off

| Plan | Current | Balance | Remaining* |
|---|---|---|---|
| Bank | 0.0000 | 1.9218 | 1.9218 |
| Float Holiday | 0.8845 | -9.7325 | 0.0000 |
| Paid Time Off | 7.3716 | -27.4772 | 0.0000 |

*Available to Take

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx7709 | Checking | $1,170.67 |
| Total | | $1,170.67 |

## Pay Summary

| Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|

# ALMAC

Almac Clinical Services, LLC
25 Fretz Rd
Souderton, PA 18964

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/16/2018 |
| Period End Date | 07/29/2018 |
| Pay Date | 08/03/2018 |
| Document | 91549 |
| Net Pay | $2,038.41 |

## Pay Details

| Linda Acord | Employee Number | 100073 | Pay Group | Bi-Wkly Non-Ex-38.33-CS | Federal Income Tax | S 0 |
|---|---|---|---|---|---|---|
| 105 Merlin Rd | SSN | XXX-XX-XXXX | Location | Souderton, PA | PA State Income Tax (Residence) | S 0 |
| Phoenixville, PA 19460-2016 | Job | Prod Coord, Grade 2 | Division | 200 - CS Manufacturing | PA State Income Tax (Work) | S 0 |
| USA | Pay Rate | $23.7800 | GL Location | CSSO - CS-Souderton | | |
| | Pay Frequency | Biweekly | Department | 101 - Operations | | |
| | | | Trn Ovr Dpt | OPS - Operations-Souderton | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Double Time | 10.0800 | $47.5600 | $479.40 | |
| Double Time | 10.0500 | $47.5600 | $477.98 | $2,820.78 |
| Float Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $546.95 |
| Group Term Life | | | $8.93 | $142.88 |
| Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $729.56 |
| Inclmnt Weather-Hourly | 0.0000 | $0.0000 | $0.00 | $182.39 |
| Overtime 1.5 | 5.2900 | $35.6700 | $188.69 | |
| Overtime 1.5 | 6.3200 | $35.6700 | $225.43 | $1,748.86 |
| PTO-Hourly | 0.0000 | $0.0000 | $0.00 | $3,373.91 |
| Regular-Hourly | 38.3300 | $23.7800 | $911.49 | |
| Regular-Hourly | 38.3300 | $23.7800 | $911.49 | $23,349.37 |
| Unpaid Time-Off | 2.7700 | $0.0000 | $0.00 | $0.00 |

Total Hours  108.4000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401K Loan | $0.00 | No | $0.00 | $668.95 | $0.00 | $0.00 |
| 401K W/Catch Up | $3,194.48 | Yes | $191.67 | $1,965.11 | $0.00 | $0.00 |
| Dental Benefit | $2.18 | Yes | $2.18 | $33.84 | $11.82 | $190.16 |
| GTL offset earn | $8.93 | No | $8.93 | $142.88 | $0.00 | $0.00 |
| Medical Benefit | $52.96 | Yes | $52.96 | $820.84 | $296.48 | $4,635.91 |
| Medical FSA | $96.15 | Yes | $96.15 | $1,538.40 | $0.00 | $0.00 |
| Vision Benefit | $3.65 | Yes | $3.65 | $58.40 | $0.00 | $0.00 |
| 401K/ROTH MATCH | $0.00 | No | $0.00 | $0.00 | $95.83 | $982.53 |
| AD&D-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $0.70 | $11.20 |
| Critical Illnes | $0.00 | No | $0.00 | $0.00 | $2.01 | $32.16 |
| Life-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $3.95 | $63.20 |
| LTD-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $6.02 | $129.47 |
| STD-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $9.09 | $155.84 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $2,856.80 | $441.02 | $3,491.51 |
| Employee Medicare | $3,048.47 | $44.21 | $441.43 |

8/16/2018                                                                                                   Print Preview

# ALMAC

Almac Clinical Services, LLC
25 Fretz Rd
Souderton, PA 18964

**Pay Statement**
Period Start Date 07/30/2018
Period End Date 08/12/2018
Pay Date 08/17/2018
Document 92061
Net Pay $1,244.63

## Pay Details

| Linda Acord | Employee Number | 100073 | Pay Group | Bi-Wkly Non-Ex-38.33-CS | Federal Income Tax | S 0 |
|---|---|---|---|---|---|---|
| 105 Merlin Rd | SSN | XXX-XX-XXXX | Location | Souderton, PA | PA State Income Tax (Residence) | S 0 |
| Phoenixville, PA 19460-2016 | Job | Prod Coord, Grade 2 | Division | 200 - CS Manufacturing | PA State Income Tax (Work) | S 0 |
| USA | Pay Rate | $23.7800 | GL Location | CSSO - CS-Souderton | | |
| | Pay Frequency | Biweekly | Department | 101 - Operations | | |
| | | | Trn Ovr Dpt | OPS - Operations-Souderton | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Double Time | 0.0000 | $0.0000 | $0.00 | $2,820.78 |
| Float Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $546.95 |
| Group Term Life | | | $8.93 | $151.81 |
| Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $729.56 |
| Inclmnt Weather-Hourly | 0.0000 | $0.0000 | $0.00 | $182.39 |
| Overtime 1.5 | 1.8700 | $35.6700 | $66.70 | |
| Overtime 1.5 | 0.2700 | $35.6700 | $9.63 | $1,825.19 |
| PTO-Hourly | 0.0000 | $0.0000 | $0.00 | $3,373.91 |
| Regular-Hourly | 38.3300 | $23.7800 | $911.49 | |
| Regular-Hourly | 38.3300 | $23.7800 | $911.49 | $25,172.35 |

Total Hours 78.8000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401K Loan | $0.00 | No | $0.00 | $668.95 | $0.00 | $0.00 |
| 401K W/Catch Up | $1,899.31 | Yes | $113.96 | $2,079.07 | $0.00 | $0.00 |
| Dental Benefit | $2.18 | Yes | $2.18 | $36.02 | $11.82 | $201.98 |
| GTL offset earn | $8.93 | No | $8.93 | $151.81 | $0.00 | $0.00 |
| Medical Benefit | $52.96 | Yes | $52.96 | $873.80 | $296.48 | $4,932.39 |
| Medical FSA | $96.15 | Yes | $96.15 | $1,634.55 | $0.00 | $0.00 |
| Vision Benefit | $3.65 | Yes | $3.65 | $62.05 | $0.00 | $0.00 |
| 401K/ROTH MATCH | $0.00 | No | $0.00 | $0.00 | $56.98 | $1,039.51 |
| AD&D-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $0.70 | $11.90 |
| Critical Illnes | $0.00 | No | $0.00 | $0.00 | $2.01 | $34.17 |
| Life-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $3.95 | $67.15 |
| LTD-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $6.02 | $135.49 |

8/30/2018    Print Preview

# ALMAC

Almac Clinical Services, LLC
25 Fretz Rd
Souderton, PA 18964

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 08/13/2018 |
| Period End Date | 08/26/2018 |
| Pay Date | 08/31/2018 |
| Document | 92665 |
| Net Pay | $1,073.67 |

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Linda Acord | Employee Number | 100073 | Pay Group | Bi-Wkly Non-Ex-38.33-CS | Federal Income Tax | S 0 |
| 105 Merlin Rd | SSN | XXX-XX-XXXX | Location | Souderton, PA | PA State Income Tax (Residence) | S 0 |
| Phoenixville, PA 19460-2016 | Job | Prod Coord, Grade 2 | Division | 200 - CS Manufacturing | PA State Income Tax (Work) | S 0 |
| USA | Pay Rate | $23.7800 | GL Location | CSSO - CS-Souderton | | |
| | Pay Frequency | Biweekly | Department | 101 - Operations | | |
| | | | Tm Ovr Dpt | OPS - Operations-Souderton | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Double Time | 0.0000 | $0.0000 | $0.00 | $2,820.78 |
| Float Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $546.95 |
| Group Term Life | | | $8.93 | $160.74 |
| Holiday-Hourly | 0.0000 | $0.0000 | $0.00 | $729.56 |
| Inclmnt Weather-Hourly | 0.0000 | $0.0000 | $0.00 | $182.39 |
| Overtime 1.5 | 0.3000 | $35.6700 | $10.70 | $1,835.89 |
| PTO-Hourly | 7.6700 | $23.7800 | $182.39 | $3,556.30 |
| Regular-Hourly | 38.3300 | $23.7800 | $911.49 | |
| Regular-Hourly | 23.2000 | $23.7800 | $551.70 | $26,635.54 |
| Unpaid Time-Off | 7.6700 | $0.0000 | $0.00 | $0.00 |

Total Hours 69.5000

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| 401K Loan | $0.00 | No | $0.00 | $668.95 | $0.00 | $0.00 |
| 401K W/Catch Up | $1,656.28 | Yes | $99.38 | $2,178.45 | $0.00 | $0.00 |
| Dental Benefit | $2.18 | Yes | $2.18 | $38.20 | $11.82 | $213.80 |
| GTL offset earn | $8.93 | No | $8.93 | $160.74 | $0.00 | $0.00 |
| Medical Benefit | $52.96 | Yes | $52.96 | $926.76 | $296.48 | $5,228.87 |
| Medical FSA | $96.15 | Yes | $96.15 | $1,730.70 | $0.00 | $0.00 |
| Vision Benefit | $3.65 | Yes | $3.65 | $65.70 | $0.00 | $0.00 |
| 401K/ROTH MATCH | $0.00 | No | $0.00 | $0.00 | $49.69 | $1,089.20 |
| AD&D-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $0.70 | $12.60 |
| Critical Illnes | $0.00 | No | $0.00 | $0.00 | $2.01 | $36.18 |
| Life-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $3.95 | $71.10 |
| LTD-ER Pd Ins | $0.00 | No | $0.00 | $0.00 | $6.02 | $141.51 |