**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Linda Acord<br>   fka Linda Thornton<br><br>     Debtor | CHAPTER 13<br><br>BKY. NO. 18-16135 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

              Respectfully submitted,
              **/s/ Kevin G. McDonald, Esq.**
              Kevin G. McDonald, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322