# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-16135-AMC

LINDA  ACORD

105 MERLIN ROAD

PHOENIXVILLE, PA 19460

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LINDA  ACORD

    105 MERLIN ROAD

    PHOENIXVILLE, PA 19460

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                  /s/ William C. Miller

Date: 11/8/2018

                                               _____
                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee