United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16135-amc
Linda Acord                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Nov 08, 2018
                      Form ID: 152    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db         +Linda Acord,    105 Merlin Road,    Phoenixville, PA 19460-2016
14197619   +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14213259    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14197621   +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
14197622   +KML Law Group PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14200903   +Quicken Loans Inc.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14197625   +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
14202395   +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
14197626   +Sunrise Credit Service,    260 Airport Plaza Blvd,    Farmingdale, NY 11735-4021
14197627   +Suntrust Bank,    Po Box 85052,    Richmond, VA 23285-5052
14197629   +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14197630   +Tri County Area Fcu,    1550 Medical Dr,    Pottstown, PA 19464-3225
14224951   +TriCounty Area FCU,    DonnaMarie Rivenbark,    1550 Medical Dr.,    Pottstown, PA 19464-3225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:20    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2018 02:46:51
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2018 02:47:13    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14197618   +E-mail/Text: bankruptcies@amerassist.com Nov 09 2018 02:47:40    Amerassist,
             445 Hutchinson Ave Ste 5,    Columbus, OH 43235-8616
14197620   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2018 02:46:42    Comenitycb/boscov,
             Po Box 182120,    Columbus, OH 43218-2120
14197623   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 09 2018 02:46:38    Kohls/capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14197624   +E-mail/Text: bankruptcyteam@quickenloans.com Nov 09 2018 02:47:12    Quicken Loans,
             1050 Woodward Ave,    Detroit, MI 48226-1906
14225109   +E-mail/Text: bankruptcyteam@quickenloans.com Nov 09 2018 02:47:12    Quicken Loans Inc.,
             635 Woodward Avenue,    Detroit, MI 48226-3408
14197628   +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 02:49:10    Syncb/lowes,    Po Box 956005,
             Orlando, FL 32896-0001
14197764   +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 02:49:10    Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH L QUINN    on behalf of Debtor Linda  Acord CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Linda Acord
    Debtor(s)

Case No: 18−16135−amc
Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/8/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

17
Form 152