**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Linda Acord, | : | Chapter 13 |
| Debtor | : | Case No.: 18-16135-amc |

**PRAECIPE TO WITHDRAW DEBTOR'S DISCLOSURE OF COMPENSATION**
**[DOCUMENT NO. 25]**

TO THE CLERK OF COURT:

Kindly withdraw the Disclosure of Compensation filed by Debtor on November 15, 2018 [Document No. 25].

**LAW OFFICE OF STEPHEN J. ROSS**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: November 14, 2018