**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Linda Acord, | : | Chapter 13 |
| Debtor | : | Case No.:  18-16135-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed November 15, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on November 15, 2018:*

Jessica Butler, Bankr. Spec.
SunTrust Bank, Supp. Serv.
Bankruptcy Department
P.O. Box 85092
Richmond, VA 23286

*Via Electronic Filing (ECF) on November 15, 2018:*

William Edward Craig, Esquire on behalf of Credit Acceptance Corporation
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Kevin G. McDonald, Esquire on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: November 15, 2018            Counsel for Debtor