Certificate Number: 05781-PAE-DE-032009568

Bankruptcy Case Number: 18-16135



05781-PAE-DE-032009568

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2018, at 2:11 o'clock PM PST, Linda Acord completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 9, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President