IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: LINDA ACORD )
**Debtor(s)** )
)  CHAPTER 13
SUNTRUST BANK )
**Moving Party** )  Case No.: 18-16135 (AMC)
)
v. )
)  **Hearing Date:  12-11-18 at 11:00 AM**
LINDA ACORD )
**Respondent(s)** )  11 U.S.C. 362
)
WILLIAM C. MILLER )
**Trustee** )
)
)
)

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of SunTrust Bank, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2017 Mitsubishi Outlander** bearing vehicle identification number JA4AR3AU4HZ030780 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:  **December 12, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE