# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Linda Acord | | Chapter 13 |
|---|---|---|
| | Debtor(s) | BK No. 18-16135-amc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on November 15, 2018, along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on November 15, 2018.

3. No response to said Application has been received.

Respectfully Submitted,

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
Law Office of Stephen Ross, P.C.
152 E. High Street, Suite 100
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: December 13, 2018