United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-16135-amc
Linda Acord                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Dec 12, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db              +Linda Acord,    105 Merlin Road,    Phoenixville, PA 19460-2016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
            ecfemails@ph13trustee.com
          JOSEPH L QUINN    on behalf of Debtor Linda   Acord CourtNotices@sjr-law.com
          KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor    SunTrust Bank ecfmail@mortoncraig.com,
            mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: LINDA ACORD                    )
    **Debtor(s)**                       )
                             )    CHAPTER 13
SUNTRUST BANK                         )
    **Moving Party**                    )    Case No.: 18-16135 (AMC)
                             )
  v.                                 )    **Hearing Date:  12-11-18 at 11:00 AM**
LINDA ACORD                           )
    **Respondent(s)**                   )    11 U.S.C. 362
                             )
WILLIAM C. MILLER                     )
    **Trustee**                          )
                             )
_____)

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of SunTrust Bank, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2017 Mitsubishi Outlander** bearing vehicle identification number JA4AR3AU4HZ030780 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:  **December 12, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE