THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Linda Acord fka Linda Thornton, | : | Chapter 13 |
| Debtor | : | No. : 18-16135-mdc |

*****************
**Hearing to be Held:**
**Date:  February 17, 2022**
**Time:  11:00 am**
**Place:  United States Bankruptcy Court**
         **Courtroom #2, Second Floor**
         **Robert N.C. Nix, Sr. Federal Courthouse**
         **900 Market Street**
         **Philadelphia, PA 19107**
*****************

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Linda Acord, by and through counsel of the Ross, Quinn & Ploppert, P.C., has filed a Motion to Approve a Mortgage Loan Modification by and between Debtor and Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 7, 2022 you or your attorney must do ALL of the following:

    (a). file an answer explaining your position at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Robert N.C. Nix, Sr. Federal Courthouse
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to attorney for movants:

        Joseph Quinn, Esquire
        ROSS, QUINN & PLOPPERT, P.C.
        192 S. Hanover Street, Suite 101
        Pottstown, PA  19464

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, Chief United States Bankruptcy Judge on February 17, 2022 at 11:00 a.m. in:

        **United States Bankruptcy Court**
        **Courtroom #2, Second Floor**
        **Robert N.C. Nix, Sr. Federal Courthouse**
        **900 Market Street, Suite 400**
        **Philadelphia, PA 19107**

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

        **ROSS, QUINN & PLOPPERT, P.C.**

        By:    */s/ Joseph Quinn*
                  Joseph Quinn, Esquire
                  Attorney I.D. No. 307467
                  192 S. Hanover Street, Suite 101
                  Pottstown, PA 19464
                  T: 610.323.5300
                  F: 610.323.6081
                  JQuinn@RQPLaw.com
                  Counsel for Debtors

Date: January 17, 2022