THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Linda Acord fka Linda Thornton, | : | Chapter 13 |
| Debtor | : | No. : 18-16135-mdc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Linda Acord hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion filed on January 17, 2022 has been served upon the following by the means stated:

### *Via Electronic Filing (ECF) on January 17, 2022:*

William Edward Craig, Esquire on behalf of SunTrust Bank
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin G. McDonald, Esquire on behalf of Quicken Loans Inc.
bkgroup@kmllawgroup.com

Rebecca Ann Solarz, Esquire on behalf of Quicken Loans Inc.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Jack K. Miller, Esquire on behalf of Trustee Kenneth West
philaecf@gmail.com, ecfemails@ph13trustee.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

### *Via U.S.P.S first class mail on January 17, 2022:*

All other creditors not otherwise notified by means of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
Date: <u>January 17, 2022</u>    Pottstown, PA 19464
       JQuinn@RQPLAW.com
       Counsel for Debtor