**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Linda Acord, | \| | **Chapter 13** |
| **Debtor(s)** | \| | **BK No. 18-16135-mdc** |

**PRAECIPE TO WITHDRAW MODIFIED CHAPTER 13 PLAN**
**[DOCUMENT NO. 59]**

TO THE CLERK OF COURT:

Kindly withdraw the Modified Chapter 13 Plan filed by Debtor's Counsel on January 19, 2022 [Document No. 59].

**ROSS, QUINN & PLOPPERT, P.C.**

By:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@rqplaw.com

Date: January 19, 2022