THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Linda Acord fka Linda Thornton, | : | Chapter 13 |
| Debtor | : | No. : 18-16135-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on January 19, 2022, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on January 19, 2022:*

William Edward Craig on behalf of Creditor SunTrust Bank
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin G. McDonald on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com

Jack K. Miller on behalf of Trustee Kenneth E West, Esq.
philaecf@gmail.com, ecfemails@ph13trustee.com

Rebecca Ann Solarz on behalf of Creditor Quicken Loans Inc.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on January 19, 2022:*

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By: <u>/s/ Joseph Quinn</u>
    Joseph Quinn, Esquire
    Attorney I.D. 307467
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464
    Ph: (610) 323-5300
    F:   (610) 323-6081

Dated: <u>January 19, 2022</u>