# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Linda Acord, | | Chapter 13 |
|---|---|---|
| Debtor(s) | | BK No. 18-16135-mdc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Supplemental Application for Compensation was filed with the Court on January 20, 2022, along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on January 20, 2022.

3. A response to the Application was due on or before February 10, 2022.

4. No response to said Application has been received.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
  Joseph L. Quinn, Esquire
  Attorney for Debtor
  Attorney I.D. No. 307467
  Ross, Quinn & Ploppert, P.C.
  192 S. Hanover Street, Suite 101
  Pottstown, PA 19464
  Ph: (610) 323-5300

Dated: February 14, 2022