IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Linda Acord | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 18-16135-mdc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Linda Acord, Debtor in the above-captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtor and Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. was filed with this Court on January 17, 2022.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on January 17, 2022.

4. A certificate of service was filed with the Court on January 17, 2022 declaring timely service to the above-referenced parties.

5. A response deadline was set as February 7, 2022.

6. No response to said Motion has been received as of February 17, 2022.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
Joseph L. Quinn, Esquire
Attorney for Debtor
192 S Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300
F:  (610) 323-6081

Dated: February 17, 2022