IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Linda Acord, | : | Chapter 13 |
| Debtor | : | No. : 18-16135-mdc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Linda Acord, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on January 19, 2022.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on January 19, 2022.

4. That a certificate of service was filed with the court on January 19, 2022 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before February 9, 2022.

6. No response to said Motion has been received as of February 17, 2022.


ROSS, QUINN & PLOPPERT, P.C.

BY:   */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date: February 17, 2022              JQuinn@rqplaw.com