United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-16135-mdc

Linda Acord                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3
Date Rcvd: Nov 22, 2023                   Form ID: 138OBJ                               Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Acord, 105 Merlin Road, Phoenixville, PA 19460-2016 |
| 14197618 | + | Amerassist, 445 Hutchinson Ave Ste 5, Columbus, OH 43235-5677 |
| 14231230 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14200903 | + | Quicken Loans Inc., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14231156 | + | SunTrust Bank, c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 14197630 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |
| 14224951 | + | TriCounty Area FCU, DonnaMarie Rivenbark, 1550 Medical Dr., Pottstown, PA 19464-3225 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 23 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 23 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14197619 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2023 00:31:05 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14213259 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2023 00:31:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14197620 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2023 00:22:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14197621 | + | Email/Text: BKPT@cfna.com | Nov 23 2023 00:22:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14197622 | ^ | MEBN | Nov 23 2023 00:19:34 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14197623 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2023 00:22:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14227559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2023 00:31:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14197624 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 23 2023 00:22:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14225109 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 23 2023 00:22:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

District/off: 0313-2 | User: admin | Page 2 of 3
--- | --- | ---
Date Rcvd: Nov 22, 2023 | Form ID: 138OBJ | Total Noticed: 25

| | | | |
|---|---|---|---|
| 14197625 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2023 00:31:11 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14202395 | + Email/Text: bankruptcy@bbandt.com | Nov 23 2023 00:22:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14197626 | + Email/Text: bankruptcy@sunrisecreditservices.com | Nov 23 2023 00:22:00 | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 14197627 | + Email/Text: bankruptcy@bbandt.com | Nov 23 2023 00:22:00 | Suntrust Bank, Po Box 85052, Richmond, VA 23285-5052 |
| 14197628 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2023 00:31:05 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14197764 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2023 00:31:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14197629 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2023 00:31:06 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14230252 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSEPH L QUINN | on behalf of Debtor Linda Acord CourtNotices@rqplaw.com |
| KENNETH E. WEST | |

District/off: 0313-2                     User: admin                                    Page 3 of 3
Date Rcvd: Nov 22, 2023                  Form ID: 138OBJ                          Total Noticed: 25

        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
        on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MARK A. CRONIN
        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
        on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
        on behalf of Creditor SunTrust Bank ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 11

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Linda Acord

               Debtor(s)                                             Case No: 18−16135−mdc

                                                                Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

     To all creditors and parties in interest, NOTICE IS GIVEN THAT:

     The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

     Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

     All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

     In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/22/23